IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CV-273-FL

| | | |
|---|---|---|
| LT. COLONEL JOHN WEISNER and RONIA WEISNER, | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| UNITED AIRLINES, INC., | ) ) | |
| Defendant. | ) | |

This case comes now before the court on correspondence of Samuel S. Jackson, Jr., dated February 16, 2012, wherein the mediator informs that the issues in dispute have been settled. Where hearing on motion for judgment on the pleadings recently was noticed at New Bern for March 13, 2012, said hearing now is DISCONTINUED. The court deems the motion for judgment on the pleadings MOOT, and so directs the clerk to terminate said motion on the face of the docket.

Where the court has been advised that the parties have settled all matters in controversy among them, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. The parties are directed to file their Stipulation of Dismissal With Prejudice on or before April 10, 2012.

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this the 22nd day of February, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge

2